UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF VIVIAN MAIER,<br>Plaintiff,<br>v.<br>SCOTT NICHOLS GALLERY, LLC,<br>Defendant. | Case No. 17-cv-03773-WHO<br><br>**ORDER OF DISMISSAL**<br>Re: Dkt. No. 18 |

Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **with** prejudice. The Clerk shall close the case.

Dated:

WILLIAM H. ORRICK
United States District Judge